**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Wilson Emanuel Cajamarca Zuniga and Reyna Elisabet Muyudumbay Alarcon,** | § § § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | **Case No. 1:26-cv-00986-RP** |
| | § | |
| **Zachary James Mutsch and Sheldon Kendal Wing,** | § § § | |
| *Defendants* | § | |

**ORDER**

Plaintiffs filed their Original Petition in Texas state court on February 27, 2026. Dkt. 10-2. Defendant Zachary James Mutsch removed the case to this Court on April 17, 2026. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 15, 2026**.

**SIGNED** on July 1, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE